UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,)
)
      Plaintiff,)
)
  v.)
)
Karen Christine Sullivan)
aka Casey C. Sullivan)
      Defendant.)

Case No. CA75/9086527

3:19-po-0159 DMC

RELEASE ORDER NO. _____

ORDER FOR RELEASE OF PERSON IN CUSTODY

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release **Karen Christine Sullivan**, Case No. **3:19-po-0159 DMC**, Charge **possession of a controlled substance**, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

\_\_\_\_\_ Release on Personal Recognizance

\_\_\_\_\_ Bail posted in the sum of $_____

\_\_\_\_\_ Unsecured Appearance Bond

\_\_\_\_\_ Appearance Bond with 10% Deposit

\_\_\_\_\_ Appearance Bond with Surety

\_\_\_\_\_ Corporate Surety Bail Bond

**X** (Other) **Charges dismissed without prejudice. Defendant ordered released from federal custody**

This release order is not effective until the defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at **Redding, California** on **11-5-2019**, at **11:10** a.m./(p.m.)

By _____
United States District Judge or
United States Magistrate

Original - U.S. Marshal